**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JOSE ALONSO MIRANDA-VASQUEZ,

Petitioner,

v.

USA, *et al.*,

Respondents.

Case No.: 2:26-cv-03110-RFB-BNW

**ORDER**

On September 25, 2026, Petitioner Jose Alonso Miranda-Vasquez initiated this *pro se* immigration habeas proceeding under 28 U.S.C. § 2241 by submitting a document titled "Motion and Declaration Under Penalty of Perjury of Motion to Proceed *In Forma Pauperis*." See ECF No. 1-1. This case cannot proceed because Petitioner did not file a signed petition for writ of habeas corpus on or consistent with one of the Court's approved forms that pertains to Petitioner. Additionally, since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner has another habeas proceeding pending in this District: Jose Alonso Vasquez v. Todd Blanche, No. 2:26-CV-02566-APG-NJK

Accordingly, **IT IS HEREBY ORDERED** that, on or before **October 8, 2026**, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See Jose Alonso Vasquez v. Todd Blanche, No. 2:26-CV-02566-APG-NJK.

**IT IS FURTHER ORDERED** that, if Petitioner does not intend to proceed in this instant case, then on or before **October 8, 2026**, Petitioner must, with the assistance of counsel, file a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this case by

**October 8, 2026**.

**IT IS FURTHER ORDERED** that, if Petitioner intends to proceed in the instant case, then on or before **October 8, 2026**, Petitioner must, with the assistance of counsel, file a signed petition that pertains to themself and is on or complies with one of the Court's approved form habeas petitions.

**IT IS FURTHER ORDERED** that this case will be dismissed without prejudice if Petitioner fails to timely comply with this Order.

**DATED:** October 5, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**